# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ERIC WAYNE KIMBRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07-cv-1410-RBP-PWG |
| | ) |
| SHERIFF SCOTT WALLS, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on December 30, 2008, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed without prejudice. No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITHOUT PREJUDICE. A Final Judgment will be entered.

---

[1] The Clerk mailed a copy of the December 30, 2008, Report and Recommendation to the plaintiff at the address provided by him. On January 8, 2009, the mailing was returned with the notation "Not in Jail." When the court made inquiries, it was learned that the plaintiff had been transferred to Marshall Community Corrections. On January 12, 2009, the Report and Recommendation was resent to the plaintiff at his new address. However, on January 26, 2009, the Report and Recommendation was returned to the court as undeliverable. The court will make no further inquires to determine the plaintiff's whereabouts.

DONE this the 11th day of February, 2009.

                                                  */s/ Robert B. Propst*

                                                  **ROBERT B. PROPST**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**